MARIA GUTIERREZ ET AL. *v.* ELISE NUGENT ET AL.
(12451)

FOTI, LAVERY and FREEDMAN, Js.

Argued May 6—decision released June 14, 1994

*Melvin J. Silverman,* for the appellants (plaintiffs).

*Thomas G. Cotter,* with whom, on the brief, was *Edward V. Walsh,* for the appellees (defendants).

PER CURIAM. The judgment is affirmed.

NEW ENGLAND HEALTH AFFILIATES, INC. *v.*
TALAR, INC., ET AL.
(12211)

LANDAU, SPEAR and CRETELLA, Js.

Argued June 1—decision released June 28, 1994

*Richard P. Weinstein,* for the appellant (plaintiff).

*Eric C. Hard,* for the appellees (defendants).

PER CURIAM. The judgment is affirmed.